# CERTIFICATE to be filed with NOTICE OF APPEAL TO THE COURT OF APPEALS

APPELLATE NO. _____
(To be filled in by COA)

TRIAL COURT CAUSE NO. <u>241-1186-15</u>

**THE STATE OF TEXAS**
(State or Appellant)

VS.

**MICHAEL WAYNE DAVIS**
(Appellee or State)

241ST Judicial District Court

of

**Smith County, Texas**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/22/2015 1:31:38 PM
PAM ESTES
Clerk

### The Records of My Office Reflect The Following information in This Case:

**Defendant was Convicted of :**   POSS CS PG 1 >=1G<4G

**Punishment Assessed:**   20 Years 00 /Texas Department of Criminal Justice

**Was This a Revocation of Probation:**   No

**Defendant is:**   MICHAEL WAYNE DAVIS  is in TDCJ

**If on Bond, Give Amount:**   N/A   **Date Bond Posted: N/A**

**Sentence Imposed on:**   DISPDATE

**If NO Sentence, Order Appeal Form Signed:**

**Written Notice of Appeals was Filed on:**   12/14/15

**Trial Held Before the Court:**   Not Guilty Plea-Jury Vrd.

**MOTION FOR New Trial Filed?:**   No   Yes, Date Filed:

**\*\*\*\*IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, \*\*\*\***
**PLEASE GIVE WRITTEN NOTICE TO THE COURT OF APPEALS IMMEDIATELY**

**Presiding Trial Court Judge:**   Jack Skeen Jr.

**Trial Court Reporter:**   Christy Humphries
**Address:**   Smith County Courthouse
241st Judicial District Court
100 N. Broadway
Tyler, Texas 75702

**Was the Defendant Declared Indigent:**   Yes

**Defendant's Counsel Is:  Appointed**

**Defendant – Represented on Appeal by:**    A. Reeve Jackson    24046139
    (Attorney's Name)    (State Bar Number)

**Address:**    112 East Line Street, Suite 310
Tyler, Texas 75702

**Phone:**    903/595-6070
**Fax:**    866/387-0152

**State – Represented on Appeal by:**    Michael West    21203300
    (Attorney's Name)    (State Bar Number)

**Address:**    Smith County Courthouse – 4th Floor
District Attorney's Office
100 N. Broadway
Tyler, TX 75702

**Phone:**    903-590-1724
**Fax:**    903-590-1719

Dated this 22nd day of December, 2015.

Lois Rogers, Smith County District Clerk

By:   /S/ BLAIR LEWIS
Blair Lewis, Deputy

**Note:**    ATTACH A COPY OF THIS NOTICE OF APPEAL TO THIS FORM.
(One Copy of This Form goes to the Court of Appeals, One copy goes
To the DA, and One Copy goes to the Court Reporter.)

PLEASE BE SURE THAT ALL THE REQUESTED INFORMATION IS COMPLETE.

THANK YOU !

**SEND TO:**    12TH COURT OF APPEALS
1517 WEST FRONT STREET SUITE 354
TYLER, TEXAS 75702

FILED

DEC 1 4 2015

CLERK 241...

CAUSE NO. 241-1186-15

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 241ST JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| MICHAEL DAVIS | § | SMITH COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, JACK SKEEN, JR., certify this criminal case:

1. __✓__ is not a plea-bargain case, and the Defendant has the right of appeal. (or)
2. ____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn and waived, and the Defendant has the right of appeal. (or)
3. ____ is a plea-bargain case, but the trial court has given permission to appeal, and the Defendant has the right of appeal. (or)
4. ____ is a plea-bargain case, and the Defendant has **NO** right of appeal. (or)
5. ____ the Defendant has waived the right of appeal.
6. ____ the Defendant waived appeal at the time he was sentenced to probation.

Honorable Jack Skeen, Jr.
Judge, 241st Judicial District Court
Smith County, Texas

December 14, 2015
**Date Signed**

I, have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal cacse, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last know address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX.R.APP.P 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Michael Davis
**Defendant**

Mailing address:

_____

_____
Telephone No. _____
Fax No. (if any) _____

Defendant's Counsel
State Bar of Texas ID # 1p9q1b02J
Mailing Address:
1404 First Place
Tyler, TX 7570 2
Telephone No. _____
Fax No. (if any) 53)-930S

A DEFENDANT IN A CRIMINAL CASE HAS THE RIGHT OF APPEAL UNDER THESE RULES. THE TRIAL COURT SHALL ENTER A CERTIFICATION OF THE DEFENDANT'S RIGHT TO APPEAL IN EVERY CASE IN WHICH IT ENTERS A JUDGMENT OF GUILT OR OTHER APPEALABLE ORDER. IN A PLEA-BARGAIN CASE THAT IS. A CASE IN WHICH A DEFENDANT'S PLEA WAS GUILTY OR NOLO CONTENDERE AND THE PUNISHMENT DID NOT EXCEED THE PUNISHMENT R5ECOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT A DEFENDANT MAY APPEAL ONLY: (A) THOSE MATTERS THAT WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL, OR AFTER GETTING THE TRIAL COURT'S PERMISSION TO APPEAL. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

NO. 241-1186-15

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 241st JUDICIAL DISTRICT |
| | § | |
| MICHAEL DAVIS | § | SMITH COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MICHAEL DAVIS, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Twelfth Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against MICHAEL DAVIS.

Respectfully submitted,

MICHAEL DAVIS

By:_____
MICHAEL DAVIS
PROSE

## CERTIFICATE OF SERVICE

This is to certify that on December 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, Tyler, by hand delivery.

_____
MICHAEL DAVIS